## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON N. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-346-SLP |
| | ) |
| DR. KENT KING, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this 16th day of May, 2022, judgment as a matter of law is entered in favor of Defendant, Dr. Kent King, and against Plaintiff. Furthermore, Plaintiff's claims against Defendant, Turn Key Health Clinics, are dismissed.

ENTERED this 16th day of May, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE